

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00272-CV

**IN RE QR FIRE PROTECTION, INC.** and Ari **BIMSTEIN**

Original Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  May 15, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On April 29, 2013, Relators QR Fire Protection, Inc. and Ari Bimstein filed a petition for writ of mandamus and an emergency motion for temporary relief complaining of the trial court's Order on Petitioner's Motion to Compel and Order on QR Fire Protection, Inc.'s Motion to Quash and For Protective Order.  On May 1, 2013, this court issued an order denying without prejudice the petition for writ of mandamus and indicated that an opinion will follow.  However, on May 3, 2013, Relators filed an amended petition for writ of mandamus, an amended emergency motion for temporary relief, and an amended record.  Therefore, we withdraw the order dated May 1, 2013.

---

[1] This proceeding arises out of Cause No. 2009-CVH-000345-D4, *In the Matter of the Marriage of Linda Rae Bimstein and Ari Bimstein*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale, Jr. presiding.

The court has considered Relators' amended petition for writ of mandamus and is of the opinion that Relators are not entitled to the relief sought. Accordingly, the amended petition for writ of mandamus and the amended emergency motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM